IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON SCOTT MEYERS,<br>    PLAINTIFF, | §<br>§<br>§ | |
| V. | § | CASE NO. 3:23-CV-1961 |
| | §<br>§ | |
| AMAZON FTW1,<br>    DEFENDANT. | §<br>§ | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renee Harris Toliver made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The motion for miscellaneous relief is denied as moot.

SO ORDERED this 22nd day of November, 2024.

_____
Chief United States District Judge David Godbey